AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 12 2009

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 08-00655DAE-02 |

**CHARLES CARPER**
(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Leslie E. Kobayashi, United States Magistrate Judge | Date and Time<br>Monday, August 10, 2009 at 10:00 a.m. |

To Answer a Superseding Indictment charging you with a violation of Title 18 United States Code, Sections 371 and 554.

Brief description of offense:

Count 2: Public Money, Property or Records- Sell, Convey & Dispose of Property of the USA.

Counts 3 and 4: Knowingly sell an article and object, prior to exportation, knowing the same to be intended for exportation, which conduct was contrary to the International Trafficking in Arms Regulation.

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by AC
Signature of Issuing Officer/Deputy Clerk

August 5, 2009
Date

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 08-00655DAE-02
USA vs. Charles Carper

## RETURN OF SERVICE

Service as made by me on:[1]                              Date

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____              Mark M . Hanohano
                  Date                    Name of United States Marshal

                                          _____
                                          (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

